**Order entered May 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00115-CV**

**IN RE COMMERCIAL CREDIT GROUP INC. AND ARTHUR CASTANON, Relators**

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05562-2020**

**ORDER**
**Before Justices Schenck, Nowell, and Garcia**

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for a writ of mandamus. The Court **ORDERS** the trial judge issue a written order, within fifteen (15) days of the date of this opinion (i) vacating its January 28, 2021 order denying relators' motion to dismiss, (ii) granting relators' motion to dismiss and dismissing the claims of the real party in interest, and (iii) setting a hearing to determine the amount, if any, of costs and reasonable attorney's fees relators are entitled to recover.

The Court further **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this Order, a certified copy of the order vacating the January 28, 2021 order denying relators' motion to dismiss, granting the motion to dismiss, and setting the attorney's fees hearing. The writ will issue only if the trial court fails to comply with this Order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE